IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA                                                                                          PLAINTIFF

v.                                                                            CIVIL ACTION NO. 3:20-CV-233-SA-RP

MOE'S OG BBQ OXFORD, LLC                                                                              DEFENDANT

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on August 13, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 14th day of August, 2020.

                                              /s/ Sharion Aycock
                                              UNITED STATES DISTRICT JUDGE